UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MARY CONNER, *on behalf of herself and all others similarly situated,*

    Plaintiff,

-against-

THE FIELD MUSEUM,

    Defendant.

Case No.: 1:19-cv-2290

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, MARY CONNER, are hereby dismissed with prejudice, in their entirety, as against Defendant, THE FIELD MUSEUM, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 11, 2019
       Chicago, Illinois

Lee Litigation Group, PLLC
73 West Monroe Street
Chicago, IL 60603
Phone: (212) 465-1188

    */s/ C.K. Lee*
C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.